

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NOS. 02-14-00168-CR
## 02-14-00169-CR

AVERY R. BARBEE                                                           APPELLANT

V.

THE STATE OF TEXAS                                                            STATE

----------

FROM THE 371ST DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT CAUSE NOS. 1331577D, 1331579D

----------

## MEMORANDUM OPINION[1]

----------

Under the terms of a plea-bargain agreement to dispose of two charges,

Avery R. Barbee pled guilty to two counts of aggravated robbery with a deadly

weapon. Barbee has now given notice of appeal from the judgments. We sent

the parties a letter stating that the trial court's certifications of Barbee's right to

appeal state that these are plea-bargain cases and that Barbee has no right of

---

[1]*See* Tex. R. App. P. 47.4.

appeal, *see* Tex. R. App. P. 25.2(a)(2), and we informed the parties that these appeals may be dismissed unless any party desiring to continue them filed with the court, on or before a date certain, a response showing grounds for doing so. *See* Tex. R. App. P. 25.2(d), 44.3. We have received and reviewed Barbee's counsel's responses and discern therefrom no grounds to continue these appeals.

Rule 25.2(a)(2) of the rules of appellate procedure provides that in a plea-bargain case, the defendant may appeal only "those matters that were raised by written motion filed and ruled on before trial" or "after getting the trial court's permission to appeal." Tex. R. App. P. 25.2(a)(2). Here, the record shows that Barbee waived all pretrial motions, and the trial court has not consented to an appeal. Accordingly, we dismiss these appeals for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d), 43.2(f).

PER CURIAM

PANEL: GARDNER, WALKER, and MCCOY, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: July 31, 2014